UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

D-23, KENNETH HELMS,

          Defendant.
_____/

CRIMINAL NO. 06-20663

HONORABLE AVERN COHN

**ORDER EXTENDING REPORTING DATE**

On December 11, 2008, defendant Kenneth Helms, was sentenced to 42 months and ordered to voluntarily surrender before 2:00 p.m. to the designated institution as notified by the Bureau of Prisons. The defendant has requested to have the reporting date extended from June 10, 2009 until September 01, 2009. The Court being fully advised in the premises,

IT IS ORDERED that the reporting date be extended. The defendant is to voluntarily surrender for the commencement of his sentence to the designated institution before 2:00 p.m on September 01, 2009

SO ORDERED.

Dated: May 22, 2009

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE